*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, ATTANASIO, and HACKEL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Brian P. FEHRENBACH**
Private (E-1), U.S. Marine Corps
*Appellant*

**No. 202200001**

_____

Decided: 28 June 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Kimberly J. Kelly

Sentence adjudged 30 September 2021 by a special court-martial convened at Naval Air Station Pensacola, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for one month[1] and a bad-conduct discharge.

For Appellant:
*Lieutenant Daniel E. Grunert, JAGC, USN*

---

[1] The convening authority suspended all confinement for a period of six months.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[4] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

KYLE D. MEEDER
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] The original Entry of Judgment incorrectly listed the pleas and findings of Additional Charge II and Specification 2 of Additional Charge II.

[4] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202200001 |
| v. | **ENTRY OF JUDGMENT** |
| **Brian P. FEHRENBACH** Private (E-1) U.S. Marine Corps *Accused* | *As Modified on Appeal* 28 June 2022 |

On 30 September 2021, the Accused was tried at Naval Air Station Pensacola, Florida, by a special court-martial consisting of a military judge sitting alone. Military Judge Kimberly J. Kelly, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 81, Uniform Code of Military Justice, 10 U.S.C. § 881.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Conspiracy to Obstruct Justice on or about 26 October 2019.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge II:** **Violation of Article 115, Uniform Code of Military Justice, 10 U.S.C. § 915.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 1:** **Communicating a threat to Seaman Recruit C.D. on or about 25 October 2019.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 2:** **Communicating a threat to Lance Corporal S.R. on or about 25 October 2019.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Charge III:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 1:** **Sexual assault (without consent) of Lance Corporal S.R. on or about 25 October 2019.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Specification 2:** **Sexual assault (person incapable of consent) of Lance Corporal S.R. on or about 25 October 2019.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Charge IV:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 1:** **Obstruction of justice on or about 26 October 2019.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification 2:** **Obstruction of justice on or about 25 October 2019.**

*Plea:* Not Guilty.
*Finding:* Dismissed.

**Additional Charge I:** **Violation of Article 86, Uniform Code of Military Justice, 10 U.S.C. § 886.**

4

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Failure to go to appointed place of duty on or about 9 May 2021.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge II:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:** **Violation of a lawful written order on or about 9 May 2021.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 2:** **Violation of a lawful written order on or about 9 May 2021.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 30 September 2021, a military judge sentenced the Accused to the following:

*For the Specification of Charge I:*
   confinement for 1 month.

*For Specification 1 of Charge IV:*
   confinement for 1 month.

*For the Specification of Additional Charge I:*
   no confinement.

*For Specification 2 of Additional Charge II:*
   no confinement.

The terms of confinement will run concurrently.

**Confinement for a total of 1 month.**

**A bad-conduct discharge.**

5

The convening authority suspended all confinement for a period of 6 months.

FOR THE COURT:

KYLE D. MEEDER
Clerk of Court